JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **TALL HICKORY MARKETING, LLC,** a Tennessee limited liability company,<br><br>   **Plaintiff,**<br><br>  **vs.**<br><br>**INFOQUICK, INC.** a Delaware corporation; **BRAD CODD,** an individual,<br><br>   **Defendants.** | **Case No.: SACV 12-00575-CJC(JCx)**<br><br><br><br>**DEFAULT JUDGMENT** |

This matter came before the Court on Plaintiff Tall Hickory Marketing, LLC's ("Tall Hickory") application for entry of final default judgment against Defendants InfoQuick, Inc., a Delaware corporation, and Brad Codd, an individual (together, "Defendants"). On March 26, 2014, the Court, being fully advised, issued an Order granting Tall Hickory's application with respect to its breach of contract claim and finding that Tall Hickory is entitled to default judgment in its favor and against

Defendants.  In accordance with the Court's March 26, 2014 Order, IT IS HEREBY ORDERED that default judgment on the Complaint's First Cause of Action for Breach of Contract is entered in favor of Tall Hickory and against Defendants, jointly and severally, in the amount of $211,022.97.


        DATED: March 26, 2014

_____

          CORMAC J. CARNEY

    UNITED STATES DISTRICT JUDGE